UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLEY S. JOHNSON,

        Plaintiff,                     Case no. 09-14899
                                                Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Mona K. Majzoub's February 4, 2011 Report and Recommendation as well as Plaintiff's February 18, 2011 Objection, and Defendant's March 4, 2011 Response.  Upon review of the entire record;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date:  March 9, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 9, 2011, using the ECF system.

                                                 s/William Barkholz
                                                 Case Manager